UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

DEC 20 2005

MICHAEL N. MILBY, CLERK

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | CRIMINAL NO. C-05-788M |
| | § | |
| MONICA M. MORENO | § | |

CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

COUNT ONE

On or about November 6, 2005, in the Corpus Christi Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, at a place within the special maritime and territorial jurisdiction of the United States, namely the Corpus Christi Naval Air Station, on land acquired for the use of the United States and under its jurisdiction, the defendant,

MONICA M. MORENO,

did unlawfully drive and operate a motor vehicle in a public place while intoxicated, namely, while having either an alcohol concentration of 0.08 or more; or while not having the normal use of mental or physical faculties by reason of the introduction of alcohol, a controlled substance, a drug, a dangerous drug, or a combination of two or more of those substances into the body.

In violation of Section 49.04 of the Penal Code of the State of Texas and Title 18, United States Code, Sections 7 and 13.

CHUCK ROSENBERG
UNITED STATES ATTORNEY

By: _____
JULIE K. HAMPTON
Special Assistant United States Attorney